# United States District Court

_____WESTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

**LUIS A. CRUZ**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

### CASE NUMBER: 07-M- 29

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 15, 2007** in **Erie** County, in the **Western** District of **New York** Defendant(s), (Track Statutory Language of Offense)

**did attempt to knowingly, unlawfully and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance**

in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 841(b)(1)(B).

I further state that I am a **Special Agent with the Drug Enforcement Administration** and that this complaint is
Official Title
based on the following facts:

        See attached affidavit.

Continued on the attached sheet and made a part hereof:        ( **X** ) Yes        ( ) No

Signature of Complainant
**JOSEPH BONGIOVANNI**

F I L E D
U.S. DISTRICT COURT
W.D. of N.Y.
FEB 16 2007
AT
BY
TITLE

Sworn to before me and subscribed in my presence,

February 16 , 2007                      at        **Buffalo, New York**
Date                                                City and State

HON. H. KENNETH SCHROEDER, JR.
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

```
STATE OF NEW YORK    )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO      )
```

I, **JOSEPH S. BONGIOVANNI**, being duly sworn, depose and say:

1.    I am a Special Agent (SA) for the Drug Enforcement Administration (Buffalo District Office) and have been so employed since June of 2001. Prior to my assignment to the Buffalo Resident Office, I was assigned as D.E.A. Special Agent to the Orlando [Florida] District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests, for offenses enumerated in Title 21, United States Code, Section 801, et seq. During my law enforcement career I have participated in numerous cases involving the distribution of narcotics. Also, as part of my employment with the D.E.A., I successfully completed D.E.A. basic agent training, an intensive course covering all aspects of drug enforcement, including application for and execution of search warrants as well as application for criminal complaints and execution of arrest

warrants.    I am also familiar with how controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking and how drug traffickers use other persons and/or their personal property to facilitate their illegal activities.

2.    I supply this Affidavit for a limited purpose, that is, in support of the Government's application for a criminal complaint, charging **LUIS A. CRUZ** (dob 8/12/1972) with a violation of Title 21, United States Code, Sections 841(a)(1), 846 and 841(b)(1)(B) (attempt to knowingly, unlawfully and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance).    The information set forth in this Affidavit is based on an investigation I conducted on behalf of DEA, as well as information contained in reports completed by other law enforcement involved in the investigation, including Inspector Stacy M. Wiechec of the United States Postal Service.    However, not all facts of the investigation are contained herein.

3.    On February 14, 2007, a search warrant was issued by the Honorable H. Kenneth Schroeder, Jr., United States Magistrate

-2-

Judge, for the following U.S. Mail Express package (hereinafter, "the package"):

> Postal Service Express Mail parcel # ED 295119578 US, addressed to Luis A. Cruz, 134 Grote S.T., Buffalo, N.Y., 14207-2422, from Jose J. Cruz, Urb. Lomas Verdes y-25, Colombina, P.R. 00956, measuring approximately 15" x 12" x 10" and weighing approximately 6 lbs. 14.7 ozs

4.    The package was opened pursuant to the search warrant, and found to contain a substance which field tested positive for the presence of cocaine, a Schedule II controlled substance. The package contained approximately 2 kilograms of cocaine, including packaging material.

5.    On December 15, 2007, at approximately 12:15 p.m., an attempt was made by a United States Postal Inspector, who was dressed as a postal carrier, to effect a controlled delivery of the package to 134 Grote Street, in the City of Buffalo. For security reasons, the cocaine was removed from the package prior to delivery and replaced with a sham substance. A tracking device was also placed inside of the package prior to delivery, pursuant to an Order signed by Magistrate Judge H. Kenneth Schroeder, Jr. The Postal Inspector approached the front door of 134 Grote Street and found **LUIS A. CRUZ** waiting for the mail carrier. After **CRUZ** signed for the package, the Postal Inspector turned over the package

-3-

containing the sham substance and exited the front of the residence.

6. At approximately 12:31 p.m., the tracking device inside of the package went off, indicating that the package had been opened. At the time the package was opened, it was still inside of 134 Grote Street. Then, in accordance with the terms of an anticipatory search warrant signed by Magistrate Judge H. Kenneth Schroeder, Jr., federal agents executed a search warrant at 134 Grote Street.

7. When agents entered 134 Grote Street, they observed **CRUZ** attempting to exit the rear of the residence. Agents eventually seized **CRUZ** with the two sham kilograms of cocaine in his hand in the rear porch area of the residence.

8. After being taken into custody, **CRUZ** was advised of his Miranda rights by Brian Conneely of DEA. This was done in the presence of your affiant, as well as Inspector Stacy Wiechec. **CRUZ** agreed to be questioned and later admitted that cocaine was inside of the package.

9. **CRUZ** subsequently was brought back to the DEA resident office, where he was questioned by Investigator Sal DeJesus of the

-4-

New York State Police, who is fluent in Spanish. During this interview, **CRUZ** admitted going to Puerto Rico and mailing the cocaine to himself at 134 Grote Street. When presented with copies of prior Express Mail packages sent from Puerto Rico to Buffalo addresses, **CRUZ** said he uses phantom names with good addresses.

10. Based on the foregoing, there is probable cause to believe that **LUIS A. CRUZ** did attempt to knowingly, unlawfully and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), 846 and 841(b)(1)(B).

Joseph S. Bongiovanni
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before
me this 16th day of February, 2007.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

-5-